UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-62568-Civ-Rosenbaum/Seltzer

ENJOLI R. PAUL,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant,
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Enjoli R. Paul, files this Motion for Entry of Final Judgment against Defendant, Syndicated Office Systems, Inc. d/b/a Central Financial Control, and in support thereof states as follows:

1.    On January 23, 2013, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68, offering judgment on Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

2.    On February 5, 2013, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely (DE 11).

3.    Defendant's Offer of Judgment provides for entry of a Judgment of $1,001.00 in favor of Plaintiff plus attorney fees and costs regarding Plaintiff's claims under the FDCPA.

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

1

By service of its Offer in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Final Judgment in favor of Plaintiff, Enjoli R. Paul, and against Defendant, Syndicated Office Systems, Inc. d/b/a Central Financial Control, in the amount of $1,001.00 plus interest at the legal rate and reserve jurisdiction on the matter of Plaintiff's attorney fees and costs.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-62568-Civ-Rosenbaum/Seltzer

ENJOLI R. PAUL,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                             s/Donald A. Yarbrough
                                                             Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Lorelei J. Van Wey, Esq.
Lash & Goldberg LLP
Miami Tower, Suite 1200
100 SE Second Street
Miami, FL 33131
Telephone: 305-347-4040
Facsimile: 305-347-4050

Via Notices of Electronic Filing generated by CM/ECF