UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62568-CIV-ROSENBAUM/SELTZER

ENJOLI R. PAUL,

    Plaintiff,

vs.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

**FINAL JUDGMENT**

This cause is before the Court upon Defendant's Rule 68 Offer of Judgment and Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [D.E. 11] and Plaintiff's Motion for Entry of Final Judgment [D.E. 12]. Having reviewed the accepted Offer of Judgment, the proposed order entering judgment, and file in this case, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Judgment [D.E. 12] is **GRANTED**.

2. Final Judgment is entered in favor of Plaintiff Enjoli R. Paul and against Defendant Syndicated Office Systems, d/b/a Central Financial Control, in the amount of $1,001.00 together with interest thereon at the legal rate from the date of this Final Judgment, plus attorneys' fees and costs.

3. The Court reserves jurisdiction on the matter of Plaintiff's attorneys' fees and costs.

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 6th day of February 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Barry S. Seltzer
Counsel of Record